ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANTHONY J. LEWIS (Cal. Bar No. 231825)
AARON M. LEWIS (Cal. Bar No. 284244)
Assistant United States Attorneys
National Security Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-1786/4586
    Facsimile:  (213) 894-6436
    E-mail:  anthony.lewis@usdoj.gov
         aaron.lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COMPLAINT, SUPPORTING AFFIDAVIT, AND ARREST WARRANT FOR SU BIN | No. 14-1318M<br><br>GOVERNMENT'S EX PARTE APPLICATION FOR ORDER DELAYING THE UNSEALING OF THE COMPLAINT, AND SUPPORTING AFFIDAVIT, AND OTHER FILINGS IN THIS MATTER; DECLARATION OF ANTHONY J. LEWIS; EXHIBIT<br><br>(UNDER SEAL) |

The government applies ex parte for an order providing that the complaint, supporting affidavit, and other filings in this matter remain under seal for the limited period of ten days until July 10, 2014.  At that time, the government will either lodge a proposed order unsealing the matter, or if any grounds remain for maintaining the files under seal, apply to the Court for an additional short extension of time based on those grounds.

On Friday, June 27, 2014, the Court issued an order sealing the complaint, supporting affidavit, and other documentation in this order until the arrest of Su Bin, at which time they were ordered to be unsealed.  On Saturday, June 28, 2014, Su Bin was arrested in Canada.  For the reasons set forth herein, the government requests a short period of delay before the unsealing in order to preserve other relevant evidence in the investigation.

The basis for this application is that a search warrant has not yet been executed in Canada, and therefore evidence that may be found during the course of that search warrant or additional evidence that may be discovered elsewhere as a result of that search warrant may be concealed or destroyed by co-conspirators or others on behalf of Su Bin.  The Canadian prosecutor applying to a Canadian Court for a search warrant to search Su's residence, which the United States requested be filed under seal until it is executed, has advised that maintaining the complaint under seal in the United States Court would be preferred if possible.  Furthermore, in the event Su elects to cooperate with law enforcement authorities, his timely cooperation will be significantly more valuable if all of the details regarding his conduct and information about the conduct of his co-conspirators is not publicly available by the time of such cooperation.  Su has initially appeared in Canadian Court.

This ex parte application is based on the attached memorandum of points and authorities, the declaration of Anthony J. Lewis, and

the records and files in this case, including the affidavit in support of a criminal complaint in this matter.

Dated: _June 30, 2014_          Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ANTHONY J. LEWIS
AARON M. LEWIS
Assistant United States Attorney
National Security

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF ANTHONY J. LEWIS

I, Anthony J. Lewis, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am one of the prosecutors who represent the government in the investigation of Su Bin, in which the government has submitted a complaint, supporting affidavit, detention request, and arrest warrant.

2. Defendant Su Bin was charged in the above-captioned complaint on Friday, June 27, 2014, pursuant to a complaint and arrest warrant issued by the Honorable Ralph Zarefsky, United States Magistrate Judge. The Court's sealing Order, attached hereto as Exhibit A, provided that the complaint, supporting affidavit, arrest warrant, and other documents filed in this matter be ordered unsealed upon the arrest of Su. Subsequently, based on that arrest warrant, the United States issued a provisional arrest warrant to Canada pursuant to the Extradition Treaty between the United States and Canada, and Su Bin was taken into custody on Saturday, June 28, 2014.

3. I have been informed that Su first appeared telephonically before a Canadian Court on Saturday, June 28, 2014, and then Su appeared again before a Canadian Court in person on Monday, June 30, 2014. I have also been informed that Su does not likely have access to the affidavit filed under seal in Canadian Court as of this time, but is likely to have access to it in the coming days before his next scheduled hearing on July 9, 2014. I have been kept apprised of the events transpiring in Canada that relate to this case primarily through the Office of International Affairs of the

1

Department of Justice, and I have been informed that the affidavit filed in support of the arrest warrant issued by a Canadian Court is less detailed than the affidavit filed in this Court.

4. Separately, the United States has submitted a request pursuant to the Mutual Legal Assistance Treaty between the United States and Canada for a search warrant to be executed at Su's residence in Canada. The formal request was submitted on June 30, 2014, and that search warrant has not yet been executed, but is likely to be executed today or in the very near future. I have been advised that the prosecutor applying for the search warrant has indicated that it would be preferred for the affidavit in support of the complaint in this district to remain under seal at least until after the search warrant is executed in order to decrease the chance that any digital evidence might be compromised, concealed, or destroyed.

5. Furthermore, the investigation as to the co-conspirators referred to in the affidavit in support of the complaint and other co-conspirators is ongoing. In the event that Su were to elect to cooperate, his cooperation would be most valuable if it were timely, i.e., while he is still in contact with other co-conspirators and before information about the proceedings and the subject matter of the investigation became public, alerting other co-conspirators as to the existence and status of the investigation.

6. For these reasons, the government requests that the Court order that the unsealing of the complaint, supporting affidavit, and other documents in this Case Number remain under seal until July 10, 2014. By that time, ten days from today, the government expects that the search warrant will have been executed, the government will

have had an opportunity to investigate leads that arise from that search warrant, Su will have the affidavit in support of the arrest warrant issued by a Canadian Court, and Su will have appeared again in Court, and further will either have elected to cooperate by that point in time or not.  On July 10, 2014, the government will lodge a proposed order with the Court unsealing the documents, or if any basis for keeping them under seal remains, apply to the Court for another brief extension of time.

7.   The United States continues seek permission to share the arrest warrant, complaint, and supporting affidavit with foreign law enforcement and other authorities as deemed appropriate by the United States, as provided in the Court's sealing order. Consistent with its original sealing request, the government also continues to seek permission to disclose the complaint to defendant or his counsel or his counsel to fulfill its discovery obligations.

8.   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED:    _June 30, 2014_

_____
ANTHONY J. LEWIS

3

# Exhibit A

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANTHONY J. LEWIS (Cal. Bar No. 231825)
AARON M. LEWIS (Cal. Bar No. 284244)
Assistant United States Attorneys
National Security Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-1786/4586
    Facsimile:  (213) 894-6436
    Email:   anthony.lewis@usdoj.gov
             aaron.lewis@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE COMPLAINT, SUPPORTING
AFFIDAVIT, AND ARREST WARRANT
FOR HU BIN

No. _____ 14-1318M

[PROPOSED] ORDER SEALING
DOCUMENTS

(UNDER SEAL)

NOTE CHANGES MADE BY THE COURT

     For good cause shown, IT IS HEREBY ORDERED that the arrest warrant, detention request, complaint, and supporting affidavit, as well as the ex parte application for order sealing documents, the memorandum of points and authorities, the declaration of Anthony J. Lewis, and this Court's sealing order, shall be kept under seal until further order of the Court, or until arrest of the defendant appears in federal court or the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be unsealed or produced to defense counsel. The United States is also permitted to

///

1

share the arrest warrant, complaint, and supporting affidavit to foreign law enforcement and other authorities as deemed appropriate by the United States.

DATED: ___6/27/14_____

RALPH ZAREFSKY

_____
HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED.   The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

Prepared by:

_____
ANTHONY J. LEWIS
Assistant United States Attorney
National Security Section