Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

CR 14 00131

Case Number _____    Defendant Number  N/A

U.S.A. v.  SU BIN _____    Year of Birth  1965

[✓] Indictment          [ ] Information    Investigative agency (FBI, DEA, etc.)  FBI, AFOSI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense

[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [✓] Felony

b. Date of Offense   October 2008 to May 2014

c. County in which first offense occurred

Orange County

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[ ] Los Angeles          [ ] Ventura

[✓] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other _____

Citation of Offense   18 U.S.C. §§ 1030(b), (a)(2)(C), (a)(4);

18 U.S.C. § 371; 18 U.S.C. § 1832(a)(5);

## RELATED CASE

Has an indictment or information involving this defendant and

the same transaction or series of transactions been previously

filed and dismissed before trial?   [✓] No          [ ] Yes

IF YES    Case Number _____

Pursuant to General Order 14-03, criminal cases may be related

if a previously filed indictment or information and the present

case:

a. arise out of the same conspiracy, common scheme,

   transaction, series of transactions or events; or

b. involve one or more defendants in common, and would

   entail substantial duplication of labor in pretrial, trial or

   sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** _____

_____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:   June 27, 2014

Case Number    14-1318M

Charging    18 USC § 1030(b), (c)(2)(B), (c)(3)(A), § 1030(a)(2)(C),

(c)(2)(B)

The complaint:          [✓] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?    [✓] No    [ ] Yes

IF YES, provide, Name: _____

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*                    [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*                    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**          [ ] Yes          [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*                    [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*                    [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes    [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?    [✓] YES    [ ] NO

IF YES, list language and/or dialect:

Chinese

**OTHER**

[✓] Male    [ ] Female

[ ] U.S. Citizen    [✓] Alien

Alias Name(s)    Stephen Su, Stephen Subin, Steven Subin

This defendant is charged in:    [✓] All counts

[ ] Only counts:

[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?    [ ] Yes    [✓] No

IF YES, should matter be sealed?    [ ] Yes    [ ] No

The area of substantive law that will be involved in this case includes:

[ ] financial institution fraud    [ ] public corruption

[ ] government fraud    [ ] tax offenses

[ ] environmental issues    [ ] mail/wire fraud

[ ] narcotics offenses    [ ] immigration offenses

[ ] violent crimes/firearms    [ ] corporate fraud

[✓] Other    fraud and related activity in connection with computers; export controls; theft of trade secrets

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint:    N/A

b. Posted bond at complaint level on:    N/A

  in the amount of $ N/A

c. PSA supervision?    [ ] Yes    [✓] No

d. Is on bail or release from another district:

  Arrested on June 28, 2014, in Canada. Extradition pending.

Defendant is **in** custody:

a. Place of incarceration:    [ ] State    [ ] Federal

b. Name of Institution:

c. If Federal: U.S. Marshal's Registration Number:

d. [✓] Solely on this charge. Date and time of arrest:

  Arrested on June 28, 2014, in Canada. Extradition pending.

e. On another conviction:    [ ] Yes    [✓] No

  IF YES :    [ ] State    [ ] Federal    [ ] Writ of Issue

f. Awaiting trial on other charges: :    [ ] Yes    [✓] No

  IF YES :    [ ] State    [ ] Federal    AND

  Name of Court:

Date transferred to federal custody:

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.    20    21    40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:

Date    08/13/2014

Signature of Assistant U.S. Attorney

ANTHONY J. LEWIS / AARON LEWIS

Print Name