**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | SA CR 14-131(B) |
| Su Bin
aka Stephen Su, Stephen Subin, Steven Subin | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

FILED
2016 FEB 17 AM 10:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest: 2/16/2016 @ 4:10pm      ☐ AM   ☑ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☑ No

4.  Charges under which defendant has been booked: Title 18, USC 1030(a)(2)(c), (c)(2)(B)(i)-(iii)...
Title 22 CFR   Conspiracy to Commit theft trade secrets  Unauthorized Computer Access
Title 22 CFR 121.1, 123.1, 127.1(a)(3), 127.1(a)(4)... Arms Export Control Act

5.  Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6.  Interpreter Required:   ☑ No   ☐ Yes   Language: _____

7.  Year of Birth: 1965

8.  Defendant has retained counsel:   ☐ No
    ☑ Yes   Name: Brian Jacobs          Phone Number: 646-734-5932

9.  Name of Pretrial Services Officer notified: Duty Officer Smith

10. Remarks (if any): _____

11. Name: Kenneth Cooper          (please print)

12. Office Phone Number: 916-439-3184      13. Agency: FBI

14. Signature: Kenneth Cooper      15. Date: 2/17/2016

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION