# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>8:14-CR-00131(B)</u>   Recorder: <u>CS 02/17/2016</u>   Date: <u>02/17/2016</u>

Present: The Honorable <u>Alka Sagar</u>, U.S. Magistrate Judge

Court Clerk: <u>Alma Felix</u>   Assistant U.S. Attorney: <u>Anthony J. Lewis</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| SU BIN, aka Stephen Su, aka Stephen Subin, aka Steven Subin<br>    CUSTODY-PRESENT | BRIAN JAMES HENNIGAN AND MARSHALL A. CAMP<br>        RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Second Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Second Superseding Indictment.

This case is assigned to the calendar of District Judge David O. Carter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 3/29/2016 at 8:30 AM
    Status Conference 3/21/2016 at 1:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 03</u>
Initials of Deputy Clerk: <u>AF by TRB</u>

cc: Statistics Clerk, PSALA USMLA

---

2/19/2016