**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America

PLAINTIFF(S)

v.

Su Bin

DEFENDANT(S).

CASE NUMBER

SACR14-131(B)-DOC

**ORDER RE TRANSFER PURSUANT TO**
**GENERAL ORDER 14-03 (Related Criminal Cases)**

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

February 22, 2016

Date

United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

Date

United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case SACR14-173-CAS and the present case:

[X] A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

[ ] B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

**Notice to Counsel from Clerk**

On all documents subsequently filed in this case, please substitute the initials ___CAS___ after the case number in place of the initials of the prior judge, so that the case number will read ___8:14-cr-00131 CAS___. This is very important because traditionally filed documents are routed to the assigned judge by means of these initials.

cc:  [ ] PSALA   [ ] PSAED   [ ] USMLA   [ ] USMSA   [ ] USMED   [ ] Previous Judge   [ ] Statistics Clerk

CR-59 (06/14)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Criminal Case)