# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.   SA14CR131-CAS | Date   March 23, 2016 |

Present: The Honorable   CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE

Interpreter   SHIRU HONG (MANDARIN)

| CONNIE LEE | LAURA ELIAS | ANTHONY LEWIS<br>PATRICK FITZGERALD |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| SU BIN | | X | X | BRIAN JACOBS<br>ROBERT ANELLO | X<br>X | | X<br>X |

**Proceedings:**   ARRAIGNMENT/CHANGE OF PLEA

Hearing held and counsel are present.  Shiru Hong acts as standby Mandarin interpreter. The Court confers with counsel and defendant is arraigned as to the First Superseding Single-Count Information.  Defendant moves to enter a guilty plea as to the First Superseding Single-Count Information, states that his true name is as charged, and is sworn.

The Court questions the defendant regarding his intention to enter a plea of GUILTY and advises the defendant of his Constitutional Rights.  Defendant now enters a plea of GUILTY to the First Superseding Single-Count Information. The Court FINDS the plea to be knowledgeable and voluntary and orders the plea accepted and entered.  The Court orders the Plea Agreement to be incorporated into the record.

Defendant waives the use of a Mandarin interpreter for future proceedings, in Court and on the record, and states that he fully understood today's proceeding.

The Court refers the defendant to the Probation Office for an investigation and Pre-sentence Report and continues the matter to **July 13, 2016** at **2:30 p.m.** for sentencing. The Court orders the Jury Trial VACATED as to this defendant.

|  | 00 | : | 43 |
|---|---|---|---|
| Initials of Deputy Clerk | | CL | |

cc: