ANTHONY J. LEWIS (SBN 231825)
Assistant United States Attorney
Terrorism and Export Crimes Section
1500 United States Courthouse
312 North Spring Street, Los Angeles, CA  90012
Telephone:  (213) 894-1786
Facsimile:  (213) 894-7631
E-mail:  anthony.lewis@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>SU BIN,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>No. SA CR 14-131(C)-CAS<br><br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case.  In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑    Other Sentencing Position; Declarations; Exhibits

Reason:

☑    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Per Court order dated _____

☐    Manual Filing required (*reason*): _____

June 20, 2016
Date

AUSA Anthony J. Lewis
Attorney Name

United States of America
Party Represented

NOTE: A conformed copy of this Notice of Manual Filing MUST be presented with each document, exhibit, etc. at time the document is manually filed.

G-92 (01/07)                    **NOTICE OF MANUAL FILING**